# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-0800
LT Case Nos. 42-2023-CJ-460-A
42-2023-CF-763-A

_____

M.C.J., A CHILD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Marion County.
Brad E. King, Judge.

Matthew J. Metz, Public Defender, and Robert Jackson Pearce,
III, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tabitha
Mills, Assistant Attorney General, Daytona Beach, for Appellee.

February 17, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and EDWARDS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____